IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIE MUNN                                                                                       PLAINTIFF

V.                                         CIVIL NO. 4:11-cv-04084

SHERIFF DANNY MARTIN                                                              DEFENDANT

## J U D G M E N T

For the reasons stated in the Memorandum Opinion on this date, Defendant's Motions for Summary Judgment (ECF No. 37) is hereby **GRANTED**, and Plaintiff's case is dismissed with prejudice.  The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g).

**IT IS SO ORDERED this 24th day of September 2012.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE